DATE: 8/27/2013     AT: 4:46 p.m.     TIME IN COURT: 12 min.

BEFORE: JUDGE JOSEPH F. BIANCO, U.S.D.J.:

CIVIL CAUSE FOR TELEPHONE PRE-MOTION CONFERENCE

DOCKET NUMBER: CV-12-4931

TITLE: Arroyo v. Cohen & Slamowitz

APPEARANCES:

FOR PLAINTIFF: Yitzchak Zelman

FOR DEFENDANT: Wendy Shepps

FTR: 4:46-4:58     COURTROOM DEPUTY: Michele Savona

| | |
|---|---|
| X | CASE CALLED. |
| X | COUNSEL FOR ALL SIDES PRESENT. |
|   | COUNSEL FOR _____ NOT PRESENT. |
| X | CONFERENCE HELD. |
|   | NEXT (TELEPHONE) STATUS CONFERENCE SET FOR |
| X | MOTION TO BE FILED BY 10/15/2013 ; RESPONSE BY 12/2/2013 ; REPLY BY 12/16/2013 ; REPLY BY 1/3/2014. |
| X | ORAL ARGUMENT SET FOR 2/5/2014 at 4:30 p.m. |
|   | JURY SELECTION SET FOR |
|   | JURY TRIAL SET FOR |
|   | OTHER: |