IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ARTEMIO ARROYO, | ) ) | No. 12-CV-4931 |
| Plaintiff, | ) ) ) |  |
| v. | ) ) |  |
| COHEN & SLAMOWITZ, LLP | ) ) |  |
| Defendant. | ) ) ) ) |  |

**JOINT PRETRIAL ORDER**

**A. Trial Counsel**

Plaintiff:

Yitzchak Zelman, Esq.
Law Office of Alan J. Sasson, P.C.
1669 East 12th Street, 2nd Floor
Brooklyn, New York 11229
Tel: (718)339-0856
Fax: (347)244-7178


Defendant Cohen & Slamowitz, LLP

Wendy Shepps, Esquire
Podvey, Meanor, Catenacci, Hildner, Cocoziello & Chattman, P.C.
570 Lexington Avenue, Suite 1600
New York, NY 10022
Tel: 973-623-6163
Fax: 973-623-9131

**B. Trial Information**

Plaintiff:

Plaintiff estimates 2 days for trial.

Defendant:

Defendant estimates 2 days for trial.

**C. Witnesses**

Plaintiff:

    1.    Artemio Arroyo, Factual Witness, c/o Law Office of Alan J. Sasson, P.C.

Defendant:

    1.    Artemio Arroyo, Factual Witness, c/o Law Office of Alan J. Sasson, P.C.;

    2.    Frank Reddy, as a factual witness and as designated representative of Cohen & Slamowitz, LLC, c/o Podvey Meanor.

    3.    Mitchell Selip, as a factual witness and as designated representative of Cohen & Slamowitz, LLC, c/o Podvey Meanor.

**D. Deposition Testimony**

Plaintiff:

Plaintiff does not intend to use any deposition testimony in its case in chief at this time subject to Rule 32(a)(4) should a designated witness become unavailable.

Defendants:

Defendant does not intend to use any deposition testimony in their case in chief at this time subject to Rule 32(a)(4) should a designated witness become unavailable.

**E. Exhibits**

Plaintiff:

| Ex. No. | Document | Bates Range | Objection |
|---|---|---|---|
| 1 | Recording | | Hearsay and Authentication |

Defendant:

| Ex. No. | Document | Bates Range | Objection |
|---|---|---|---|
| 1 | Cohen & Slamowitz Sample Recording for Relevant Time Period | | Relevancy |
| 2 | Cohen & Slamowitz Requests for Admission to Plaintiff, dated July 17, 2013 | | |
| 3 | Offer of Judgment, dated July 31, 2013 | | |

Respectfully Submitted,


_/s/ Yitzchak Zelman_____     _/s/ Wendy Shepps_____
Yitzchak Zelman, Esq.                                      Wendy Shepps,
Law Office of Alan J. Sasson, P.C.                Podvey, Meanor, Catenacci, Hildner, Cocoziello &
1669 East 12th Street, 2nd Floor                 Chattman, P.C.
Brooklyn, New York 11229                          570 Lexington Avenue, Suite 1600
Tel: (718)339-0856                                         New York, NY 10022
Fax: (347)244-7178                                        Tel: 973-623-6163
                                                                         Fax: 973-623-9131

Attorneys for Plaintiff                                     Attorneys for Defendant
                                                                         Cohen & Slamowitz, LLP &